# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2654
_____

SAMMY GIBBS,

Petitioner,

v.

DEPARTMENT OF CORRECTIONS,

Respondent.

_____

Petition for Writ of Certiorari – Original Jurisdiction.

January 26, 2018

PER CURIAM.

DENIED.

WETHERELL, MAKAR, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Sammy Gibbs, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Kristen Lonergan, Assistant Attorney General, and Kenneth Steely, General Counsel, Department of Corrections, Tallahassee, for Respondent.